# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Judge | Bruce W. Black |
| Enrique Montano | ) | Trustee | Glenn B. Stearns |
| Debtor | ) | Case No: | 16-39194 |
| | ) | Chapter: | 13 |

## NOTICE OF MOTION

To:   Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Lisle, Illinois 60532; *via regular mail*

*See attached Service List*

Please take notice that on January 6, 2017, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at the Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and present the attached motion and you may appear if you so choose.

/s/ Manuel A. Cardenas
Attorney for Debtor

## PROOF OF SERVICE BY MAIL

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 2059 North Western Avenue, Chicago, Illinois 60647, on December 20, 2016.

/s/ Manuel A. Cardenas
Attorney for Debtor

Manuel A. Cardenas and Associates, P.C.
2057 North Western Avenue
Chicago, Illinois 60647
773-227-6858

**16-39194** Enrique Montano
**Chapter:** 13  **Honorable Judge:** Bruce W. Black
**Date filed:** 12/13/2016 **Date of last filing:** 12/22/2016

# Creditors

**Allied Buiding Products Corp**
%Kohner, Mann & Kailas,
4650 North Port Washington Rd
Milwaukee, IL 53212

(25171705)
(cr)

**Arnoldharris**
111 West Jackson B
Chicago, IL 60604

(25171706)
(cr)

**Bank of America**
4161 Piedmont Pkwy
Greensboro, NC 27410

(25171707)
(cr)

**BMO Harris Bank**
1700 East Warrenville Rd
Naperville, IL 60563

(25171708)
(cr)

**Carmen Flores**
%Better Busines Bureau of chicago
330 North Wabash Avenue
Suite 3120
Chicago, IL 60611

(25171709)
(cr)

**FMS DMS PNR**
P O Box 979113
Saint Louis, MO 63197

(25171710)
(cr)

**Harris N.a.**
Po Box 94034
Palatine, IL 60094

(25171711)
(cr)

**Illinois Department of Financials**
9511 Harrison St
Suite LL50
Des Plaines, IL 60016

(25171712)
(cr)

**Illinois Department of Revenue**
Bankruptcy Unit, 100 West Randolph St #7
Chicago, Illinois 60601

(25171713)
(cr)

**Internal Revenue Department**

(25171714)

| | |
|---|---|
| 2001 Butterfield Rd<br>Downers Grove, Illinois 60515 | (cr) |
| **Jose luis Jimenez**<br>4631 Towle Avenue<br>Hammond, IN 46327 | (25171715)<br>(cr) |
| **New Calument city Currency Exchange**<br>%Sorman & Frankel, Ltd<br>180 North LaSalle St<br>Suite 2700<br>Chicago, IL 60601 | (25171716)<br>(cr) |
| **PioneerCredit Recovery Inc**<br>26th Edward St.<br>Arcade, NY 14009 | (25171717)<br>(cr) |
| **Richard Building Const**<br>%Cook County Sherfiff<br>50 West Washington<br>Suite 701<br>Chicago, IL 60602 | (25171718)<br>(cr) |
| **Richards Builders Supply**<br>Cannonito and Associates<br>12070 West 159th Street<br>Homer Glen, IL 60491 | (25171719)<br>(cr) |
| **Richards Building Supply Co.**<br>Michael D. Weis<br>P O Box 1166<br>Northbrook, IL 60065 | (25171720)<br>(cr) |
| **The Church of Israel**<br>%Kelly Olson Michod Dehaan & Richter, LL<br>333 West Wackter Dr<br>Suite 2000<br>Chicago, IL 60606 | (25171721)<br>(cr) |
| **Tiffany Sherill**<br>%Harris. Winick and Harris<br>333 West Wacker Dr<br>Suite 2060<br>Chicago, IL 60606 | (25171722)<br>(cr) |
| **Tondalaia Bardel**<br>%Morrisrie and Associates<br>114 South Bloomingdale Rd<br>Bloomingdale, IL 60108 | (25171723)<br>(cr) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Judge | Bruce W. Black |
| Enrique Montano | ) | Trustee | Glenn B. Stearns |
| Debtor | ) | Case No: | 16-39194 |
| | ) | Chapter: | 13 |

### MOTION TO EXTEND AUTOMATIC STAY

NOW COMES Enrique Montano, Debtor, by and through Debtor's attorneys, Manuel A. Cardenas of the Law Office of Manuel A. Cardenas and Associates, P.C. and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. This Honorable Court has Jurisdiction pursuant to 28 U.S.C. § 1334.
2. Venue is proper pursuant to 28 U.S.C. § 1409.
3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157 (b)(2)(A).
4. Debtor filed his petition for Chapter 13 relief on December 13, 2016.
5. That this case has not yet been confirmed by this Honorable Court.
6. The Debtor filed a previous Chapter 13 Bankruptcy Case on July 17, 2015, known as case number 15-24450, which was later dismissed by this Court on April 29, 2016. Please see attached Exhibit B for Debtor's prior I and J Schedules. Please see attached Exhibit C for Debtor's current I & J Schedules.
7. The Debtor is requesting this Honorable Court to extend the automatic stay pursuant to Section 362 (c)(3)(B).
8. Debtor's prior Chapter 13 Case was dismissed for failure to make monthly Chapter 13 Plan payments.
9. In his prior case Chapter 13 Case, the Debtor had a profitable

roofing company that had been producing disposable income after taking into account expenses.

10. However, at some point after the filing of his previous case, the Debtor discovered that one of his employees had been stealing money from the company by entering into fraudulent contracts bearing the company's name and keeping the payments received from clients.

11. Debtor has taken the appropriate legal action against the employee and has filed a police report to document these events.

12. Because of the theft and fraud, Debtor lost a substantial amount of income from the business and was unable to make his monthly Chapter 13 Trustee plan payments.

13. In the current case, the Debtor has a new corporation. Debtor's new corporation is comprised of new trustworthy employees as well as family members that are loyal.

14. Therefore, because of changes Debtor has made pertaining to the structure of the new corporation and with respect to employee hiring, Debtor has been able to maintain regular income and will be able to make his monthly plan payments to the Chapter 13 Trustee.

15. Debtor is in a position to proceed and has filed the instant case in good faith.

16. That, equitably, the automatic stay should be extended as to all creditors.

WHEREFORE, Enrique Montano, Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court extend the automatic stay as to all creditors as for the reasons set forth above; and

B. For such other and further relief this Court deems just and proper.

Respectfully submitted,

/s/ Manuel A. Cardenas
Manuel A. Cardenas
*Attorney for Debtor*

Manuel A. Cardenas
Manuel A. Cardenas and Associates, P.C.
2057 North Western Avenue
Chicago, Illinois 60647
773-227-6858