IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DITRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re | ) | Judge | Pamela S. Hollis |
| Enrique Montano | ) | Trustee | Glenn B. Stearns |
| | ) | Case No. | 16-39134 |
| | ) | Chapter | 13 |

AFFIDAVIT

State of Illinois)s
County of Cook)s

I, Enrique Montano, being first duly sworn upon oath states as follows:

1. I am the debtor in the above captioned case.

2. I filed this case on December 13, 2016.

3. I filed a prior case on July 17, 2015.

4. The prior Chapter 13 case has been dismissed for material of default with the chapter 13 trustee.

5. At the time I filed my prior petition for Bankruptcy; I had a profitable roofing company that had been producing disposable income after taking into account expenses.

6. However, at some point after the filing of my previous case, I discovered that one of my employees had been stealing money from the company by entering into fraudulent contracts bearing the company's name and keeping the payments received from clients.

7. Because of the theft and fraud, I have lost a substantial amount of income from the business and was unable to make my monthly Chapter 13 Trustee plan payments.

8. In the current case, I have a new corporation. My new corporation is comprised of new trustworthy employees as well as family members that are loyal.

9. I am in a position to proceed and I have filed the instant case in good faith

10. I am competent to testify to the foregoing.

And further affiant sayeth naught.

_____
Enrique Montano

OFFICIAL SEAL
EDWIN MORALES
Notary Public - State of Illinois
My Commission Expires May 8, 2019

Subscribed and sworn to before me
This 20th day of December 2016.

_____
Notary Public